Case 1:15-cv-00837-AWI-GSA   Document 5   Filed 06/09/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTER FAMILY CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>RICHARD POMARES,<br><br>            Defendants. | **Case No. 1:15-cv-00837---GSA**<br><br>**ORDER GRANTING IFP**<br><br>(ECF No. 2) |

Defendant Richard Pomares ("Defendant") removed a complaint from Stanislaus County Superior Court on June 2, 2015 and filed an application to proceed *in forma pauperis* on that same day. (ECF Nos. 1, 2). Defendant has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

   Dated:   **June 9, 2015**                    **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE