**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUTTER FAMILY CORPORATION, | **Case No. 1:15-cv-00837-AWI-GSA** |
| Plaintiff, | |
| v. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** |
| RICHARD POMARES, | |
| Defendant. | (ECF No. 6) |

On June 2, 2015, Defendant Richard Pomares ("Defendant") removed this case from Stanislaus County Superior Court. (ECF Nos. 1.) On June 10, 2015, the Magistrate Judge issued Findings and Recommendations that the case be remanded. (ECF No. 6.) The Findings and Recommendations were served on Plaintiff with instructions that any objections be filed within fifteen (15) days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1) The Findings and Recommendations dated June 10, 2015 (ECF No. 6), are

ADOPTED IN FULL;

2) This action is REMANDED to Stanislaus County Superior Court. The Clerk of the Court is DIRECTED to take any necessary action to remand this action to Stanislaus County Superior Court.

IT IS SO ORDERED.

Dated:   July 1, 2015                                                    
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE